**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand and seventeen,

_____

Loren Richardson, individually, on behalf of all others similarly situated,

**ORDER**
Docket No. 17-559

    Plaintiff - Appellant,

v.

Regeis Care Center, LLC, Chaim Sieger, individually, Abraham Sieger, individually,

    Defendants - Appellees.

_____

  The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

  The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/13/2017